IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW PIRA, RICHARD PIRA and ALEXANDER YIN,<br><br>    Defendants.<br>_____/ | No. C 11-3511 CW<br><br>ORDER REGARDING SERVICE OF PROCESS, REQUIRING PROOF OF TIMELY SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE |

    On July 18, 2011, Plaintiff Allstate Insurance Company filed this action against Defendants Andrew Pira, Richard Pira and Alexander Yin. Plaintiff served Andrew Pira and Richard Pira, both of whom failed to respond to the complaint within the time period specified by Federal Rule of Civil Procedure 12(a)(1)(A). Following requests from Plaintiff, the Clerk of the Court entered defaults pursuant to Federal Rule of Civil Procedure 55(a) against Andrew Pira on September 9, 2011 and Richard Pira on October 14, 2011.

    Plaintiff has not yet filed proof of service of process on Alexander Yin. Under Federal Rule of Civil Procedure 4(m), service of process on this Defendant must be perfected by November 15, 2011.

    By November 18, 2011, Plaintiff shall file proof that Plaintiff served Defendants within the 120-day period required by Rule 4(m). Alternatively, by November 18, 2011, Plaintiff may file a motion to extend time for service, so long as Plaintiff can

demonstrate good cause.  Plaintiff's failure to comply with this Order will result in the dismissal of Plaintiff's claim against this Defendant for failure to prosecute.

The case management conference set for October 25, 2011 is continued to January 18, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 10/24/2011

CLAUDIA WILKEN
United States District Judge