IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW PIRA, RICHARD PIRA, and ALEXANDER YIN,<br><br>          Defendants.<br>_____/ | No. C 11-3511 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER PERMITTING SERVICE BY PUBLICATION AND EXTENDING THE DEADLINE FOR SERVICE OF PROCESS (Docket No. 22) |

Plaintiff Allstate Insurance Company has filed a motion for extension of time to serve Defendant Alexander Yin.  In this motion, Plaintiff also seeks leave to serve Mr. Yin by publication.  Alternatively, Plaintiff seeks an order compelling John Vannucci, Mr. Yin's attorney in the related state court matter, to comply with a subpoena seeking information on Mr. Yin's whereabouts.  Neither Mr. Yin nor Mr. Vannucci have opposed this motion.  Defendants Andrew Pira and Richard Pira also have not opposed this motion.

The Court takes the motion under submission on the papers and, having considered the papers filed by Plaintiff and the evidence in support thereof, GRANTS Plaintiff's motion and ORDERS as follows:

    1.   Pursuant to Federal Rule of Civil Procedure 4(e)(1), Plaintiff shall have a further sixty days in which to complete service of the complaint on Defendant Alexander Yin by

1 publication, in conformance with California Code of Civil
2 Procedure § 415.50 and California Government Code § 6064.
3     2.   Said publication is to be in the San Francisco
4 Chronicle, and shall, at a minimum, be once per week for four
5 successive weeks.  There shall be at least five days intervening
6 between respective publication dates not counting such publication
7 dates.  The publication notice starts with the first day of
8 publication and consists of twenty eight consecutive days.
9     3.   Service shall be considered complete on the
10 twenty-eighth day, and Mr. Yin's responsive pleading shall be
11 filed within thirty days of that date.
12     4.   A copy of the summons, the complaint, and this Order
13 shall be mailed to Alexander Yin forthwith if his address is
14 determined before the end of the publication period.
15     5.   Plaintiff shall also mail a copy of the summons, the
16 complaint, and this Order to Mr. Vannucci.
17     6.   Plaintiff shall file proof that service has been
18 completed within sixty days of the date of this Order.
19     IT IS SO ORDERED.

Dated:  11/22/2011

CLAUDIA WILKEN
United States District Judge

2