IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW PIRA, RICHARD PIRA, and ALEXANDER YIN,<br><br>        Defendants.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS AND CROSS-CLAIMS<br>_____/ | No. C 11-3511 CW<br><br>ORDER REGARDING DEFENDANT ALEXANDER YIN'S OPPOSITION TO PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS COUNTERCLAIMS (Docket No. 37) |

On February 27, 2012, Plaintiff and Counter-Defendant Allstate Insurance Company filed a motion to dismiss all counterclaims brought against it by Defendant and Counter-Plaintiff Alexander Yin and to strike certain allegations from the counter-complaint. Allstate noticed its motion for hearing on April 5, 2012. Pursuant to Civil Local Rule 7-3, Yin's opposition to Allstate's motion was due by March 12, 2012. As of the date of this Order, Yin has not filed an opposition.

Accordingly, the hearing scheduled for April 5, 2012 is VACATED. Yin is granted leave to file an opposition to Allstate's motion or an amended counter-complaint within five days of the date of this Order. If Yin fails to do so, his counterclaims against Allstate will be dismissed for failure to prosecute. If Yin files an opposition, Allstate's reply is due seven days later.

IT IS SO ORDERED.

Dated: 3/14/2012

                                  CLAUDIA WILKEN<br>                                  United States District Judge