MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CYNTHIA LIU (State Bar No. 263270)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:      (415) 882-5000
Facsimile:      (415) 882-0300
Email:          michael.barnes@snrdenton.com
                sonia.martin@snrdenton.com
                cynthia.liu@snrdenton.com

Attorneys for Plaintiff and Counter-defendant
ALLSTATE INSURANCE COMPANY

JOHN VANNUCCI (State Bar No. 174329)
LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Telephone:      (415) 981-7500
Facsimile:      (415) 981-5700
Email:          jfv@jfvlaw.com

Attorney for Defendant and Counter-claimant
ALEXANDER YIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ANDREW PIRA, RICHARD PIRA and ALEXANDER YIN,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-11-3511-CW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE |

Plaintiff and Counter-defendant Allstate Insurance Company and Defendant and Counter-claimant Alexander Yin, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1    WHEREAS the Court has set the following briefing and hearing schedule for the parties'

2    cross-motions for summary judgment:

3    Allstate files its Summary Judgment Motion:        September 27, 2012

4    Mr. Yin files his Opposition/Cross Motion:         October 11, 2012

5    Allstate files its Reply/Opposition:               October 18, 2012

6    Mr. Yin files his Reply:                           October 25, 2012

7    Summary Judgment Hearing:                          November 8, 2012

8    WHEREAS, the parties need to complete the depositions of Andrew Pira, Richard Pira and

9    Erlinda Ipac (collectively, "Deponents") prior to the summary judgment briefing;

10   WHEREAS, Allstate properly subpoenaed and noticed Erlinda Ipac's deposition to occur on

11   July 2, 2012, but she failed to appear and then asked to reschedule her deposition;

12   WHEREAS, Allstate properly subpoenaed and noticed Andrew Pira's deposition to occur on

13   July 23, 2012, but he failed to appear and then asked to reschedule his deposition;

14   WHEREAS, Allstate then properly subpoenaed and noticed the Deponents' depositions to

15   occur on July 26, 2012;

16   WHEREAS, the day before the depositions, Gerard Mannion of Mannion & Lowe contacted

17   Allstate and stated that he had been retained to represent Richard Pira for purposes of the depositions

18   and requested a continuance of the depositions to allow him adequate time to prepare for them;

19   WHEREAS, Allstate agreed to continue the depositions to a mutually agreeable date on the

20   condition that Mr. Yin agree to continue the summary judgment briefing and hearing schedule to

21   accommodate the new deposition date;

22   WHEREAS, with Mr. Yin's agreement, Allstate properly subpoenaed and noticed the

23   Deponents' depositions to occur on August 23, 2012, which was one week before the initial deadline

24   for Allstate to file its summary judgment motion;

25   WHEREAS, on August 10, 2012, this Court approved a 30-day continuance of the existing

26   summary judgment briefing and hearing schedule and set the above deadlines;

27   WHEREAS, on August 21, 2012, Richard Pira informed Allstate's counsel by telephone that

28   he and his son had not yet obtained legal representation and requested an one-month continuance of

1     their depositions;

2         WHEREAS, on August 22, 2012, Allstate's counsel informed Richard Pira that Allstate was

3     unable to continue the depositions any further;

4         WHEREAS, Richard Pira failed to appear for his deposition on August 23, 2012 and his non-

5     appearance was recorded;

6         WHEREAS, Erlinda Ipac and Andrew Pira appeared for their depositions on August 23, 2012

7     and stated they would not provide substantive testimony without legal representation;

8         WHEREAS, Allstate is preparing a motion to compel the Deponents' testimony;

9         WHEREAS, the existing summary judgment briefing and hearing schedule will not allow

10     sufficient time for the motion to compel to be heard and, if granted, for Allstate to take the

11     depositions and prepare its summary judgment motion;

12         WHEREAS, a 15-week continuance of the current summary judgment briefing and hearing

13     schedule will not affect any other dates set by the Court and will result in no prejudice to any party;

14         IT IS HEREBY STIPULATED AND AGREED that the briefing and hearing schedule on

15     the parties' cross-motions for summary judgment should be modified as follows:

16         Allstate files its Summary Judgment Motion:      January 10, 2013

17         Mr. Yin files his Opposition/Cross Motion:      January 24, 2013

18         Allstate files its Reply/Opposition:      January 31, 2013

19     / / /

20     / / /

21     / / /

22     / / /

23     / / /

24     / / /

25     / / /

26     / / /

27     / / /

28     / / /

1        Mr. Yin files his Reply:                    February 7, 2013

2        Summary Judgment Hearing:           February 21, 2013

3        IT IS SO STIPULATED.

4  FILER'S ATTESTATION:

5        Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty

6  of perjury that the concurrence in the filing of this document has been obtained from its signatories.

7

8  Dated:  September 12, 2012         By_____*/s/ CYNTHIA LIU*_____

9                                          CYNTHIA LIU

10  Dated:  September 12, 2012         SNR DENTON US LLP

11

12                              By_____*/s/ MICHAEL BARNES*_____

13                                 MICHAEL BARNES

14                            Attorneys for Plaintiff and Counter-defendant
ALLSTATE INSURANCE COMPANY

15  Dated:  September 12, 2012         LAW OFFICES OF JOHN F. VANNUCCI

16

17                              By _____*/s/ JOHN F. VANNUCCI*_____

18                                 JOHN F. VANNUCCI

19                            Attorney for Defendant and Counter-claimant
ALEXANDER YIN

20      IT IS SO ORDERED, except the hearing on the motion for summary judgment

21  and the further case management conference will be held on 3/7/2013, at 2:00 p.m.

22  Dated:  ___9/14/2012___              _____

23                                The Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**PROOF OF SERVICE**

I, Gloria Courtney, hereby declare:

I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this court, at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is SNR Denton US LLP, 525 Market Street, 26th Floor, San Francisco, California  94105.

On September 12, 2012, I served the foregoing document(s), described as

STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY
JUDGMENT BRIEFING SCHEDULE AND HEARING DATE

on the defendants not registered for e-filing in this action, in the manner so indicated, by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of SNR Denton US LLP, addressed as follows:

| **Defendant** | **Defendant** |
|---|---|
| Andrew Pira | Richard Pira |
| 64 Westgate Drive | 64 Westgate Drive |
| San Francisco, CA  94127 | San Francisco, CA  94127 |

☒     U.S. MAIL:  I am personally and readily familiar with the business practice of SNR Denton US LLP for collection and processing of correspondence for mailing with the U.S. Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the U.S. Postal Service.  I served the above party(ies) by U.S. Mail.

I declare under penalty of perjury under the laws of the State of California, and of the United States of America, that the foregoing is true and correct, and that this declaration was executed on September 12, 2012, at San Francisco, California.

_Gloria Courtney_
_____
Gloria Courtney

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105
(415) 882-5000