IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW PIRA, et al.,<br><br>            Defendants.<br>_____/ | No. C 11-03511 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel Andrew Pira's, Richard Pira's, and Erlinda Ipac's compliance with document and deposition subpoenas and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, November 15, 2012, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 10/3/2012

_____
CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.