IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW PIRA, RICHARD PIRA, and ALEXANDER YIN,<br><br>　　　　Defendants.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS AND CROSS-CLAIMS<br>_____/ | No. C 11-3511 CW<br><br>ORDER STRIKING DEFENDANT'S SEPARATE BRIEFS (Docket Nos. 83 and 85) AND RESETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

　　　On May 10, 2012, the Court held a case management conference and, among other things, set a briefing schedule for the parties' cross-motions for summary judgment.  Pursuant to that schedule, Defendant Alexander Yin was required to file his opposition to Plaintiff Allstate Insurance Company's motion for summary judgment and his cross-motion for summary judgment "contained in a single brief."  Docket No. 55.

　　　The parties subsequently stipulated to continue the briefing schedule, with Court approval.  See Docket Nos. 59, 60, 62, 63. Under the modified schedule, Defendant was required to file his opposition and cross-motion by January 24, 2013.  Docket No. 63. Plaintiff was required to file its reply in support of its motion and opposition to Defendant's cross-motion, contained in a single brief, by January 31, 2013.  Id.

On January 25, 2013, one day after its filing deadline, Defendant filed two separate briefs: an opposition to Plaintiff's motion for summary judgment and a separate cross-motion for summary judgment.  Docket Nos. 83 and 85.

The Court STRIKES the separate briefs filed by Defendant (Docket Ns. 83 and 85) and RESETS the briefing schedule on the cross-motions for summary judgment as follows:  Defendant shall file a single brief, of twenty-five pages or less, containing its opposition and cross-motion, by Monday, January 28, 2013. Plaintiff shall file its reply and opposition to Defendant's cross-motion, contained in a single brief of fifteen pages or less, by Monday, February 4, 2013.  Defendant shall file its reply in support of its cross-motion, in a brief of fifteen pages or less, by Monday, February 11, 2013.  The hearing and further case management conference currently for March 7, 2013 at 2:00 p.m. are maintained.

IT IS SO ORDERED.

Dated:  1/25/2013

CLAUDIA WILKEN
United States District Judge